IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01962-RPM

CLUB ACQUISITION COMPANY, LLC,
RANCHO EPOCAS de ORO S.A. de C.V., and
JAMES PATRICK BUTLER,

        Plaintiffs,

v.

ASOCIACION de COLONOS de RANCH, and
LINDA BURKHARD,

        Defendants.
_____

## ORDER
_____

Upon consideration of the Unopposed Motion for Execution of Documents Necessary to Effect Service in Mexico, filed on November 14, 2005, it is

ORDERED that the motion is granted.

DATED: November 14, 2005

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge