IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1962 (RPM)

CLUB ACQUISITION COMPANY, LLC,
RANCHO EPOCAS de ORO S.A. de C.V.,
and JAMES PATRICK BUTLER,

       Plaintiffs,

v.

ASOCIACION de COLONOS de RANCH,
and LINDA BURKHARD,

       Defendants.

---

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)**

---

THE UNITED STATES DISTRICT FOR THE FEDERAL DISTRICT OF COLORADO, UNITED STATES OF AMERICA, TO THE APPROPRIATE JUDICIAL AUTHORITY IN THE REPUBLIC OF MEXICO.

The United States District for the Federal District of Colorado presents its compliments to the appropriate judicial authority of the Republic of Mexico and requests international judicial assistance to serve a Summons and Complaint to be used in a civil proceeding before this Court in this matter.

This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the appropriate judicial authority of the Republic of Mexico cause the below-named individuals to be served with the Summons and Complaint attached as Exhibit A.

> **Asociacion de Colonos de Ranch**
> By and through Emery Allen Sutton (legal representative)
> Los Medanos Sur, Manzana 2, Lote 8,
> Comunidades de Rancho El Dorado,
> San Felipe, B.C.
> Mexico.

## 1. Nature of the Suit:

Plaintiff Club Acquisition Corporation, LLC ("CAC") is a land and resort development and management company which has as its principal asset over 35,000 acres of land ("El Dorado Ranch") along the Sea of Cortez located in and around Puerto San Felipe, Baja California Norte, Mexico. Title to El Dorado Ranch is held by an affiliated entity, Plaintiff Rancho Epocas de Oro S.A. de C.V ("REDO") which is a company duly organized and existing in good standing under the laws of the Republic of Mexico. Plaintiff James Patrick Butler is the Chairman, Chief Executive Officer, and principal shareholder of both CAC and REDO.

Plaintiffs have filed a Complaint with this Court alleging the following: Defendant Asociacion de Colonos de Ranch was created by a minority of members of the El Dorado Ranch community. The vast majority of El Dorado Ranch's residents are not members of Asociacion de Colonos de Ranch. Linda Burkhard is a member of Asociacion de Colonos de Ranch and controls an internet domain name (eldoradohomeowners.com) used by the Asociacion. This domain name infringes trademarks registered by Plaintiffs with the United States Patent and

Trademark Office and has been used to publish various false and defamatory statements concerning Plaintiffs. Plaintiffs have sued Defendants to obtain control of the internet domain name eldoradohomeowners.com, to prevent Defendants from making further false and defamatory statements concerning Plaintiffs, and for damages caused by Defendants' actions.

**II.     Reciprocity:**

This Court shall be ready and willing to provide reciprocal assistance for you in a similar case when required.

**III.    Reimbursement for Costs:**

This Court shall be ready and willing to reimburse the appropriate judicial authority of the Republic of Mexico for costs which it may incur in executing this letter rogatory.

Witness, the Honorable Richard P. Matsch, District Court Judge of the United States District for the Federal District of Colorado, Denver, Colorado, United States.

HONORABLE RICHARD P. MATSCH
District Court Judge

DATED: This 15th day of November, 2005.

(seal of Court)

