IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01962-RPM

CLUB ACQUISITION COMPANY, LLC,
RANCHO EPOCAS de ORO S.A. de C.V., and
JAMES PATRICK BUTLER,

        Plaintiffs,

v.

ASOCIACION de COLONOS de RANCH, and
LINDA BURKHARD,

        Defendants.
_____

ORDER DENYING MOTION TO ENFORCE SETTLEMENT AGREEMENT AND
ORDER SETTING SCHEDULING CONFERENCE
_____

      This civil action has been at issue as between the plaintiffs and defendant Linda Burkhard since February 6, 2006. A letter rogatory was issued to effect service on the corporate defendant in the Republic of Mexico. There is no indication that service has been made. On March 20, 2007, this Court entered an order setting a scheduling conference to be held on May 3, 2007. On April 26, 2007, defendant Linda Burkhard filed a motion to enforce settlement agreement with plaintiffs and on April 26, 2007, the plaintiffs and defendant Burkhard filed a joint motion to vacate the scheduling conference and extend deadline for filing proposed scheduling order. The Court granted that motion and directed the submission of a proposed scheduling order by May 29, 2007. The plaintiffs on May 29, 2007, filed a response to Linda Burkhard's motion to enforcement settlement agreement and a proposed scheduling order was

received in chambers on May 29, 2007. There is a factual dispute concerning whether a valid contract for the settlement of this dispute was entered into and that dispute is not appropriately resolved by a motion. The existence of a settlement contract may be the subject of a counterclaim by the defendant Linda Burkhard. It also appears to the Court that this case should go forward with the present parties and it is therefore

ORDERED that the motion of defendant Linda Burkhard to enforcement agreement is denied and it is

FURTHER ORDERED that a scheduling conference will be convenened at **2:00 p.m. on June 13, 2007,** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED: May 30th, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge