IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01962-RPM

CLUB ACQUISITION COMPANY, LLC,
RANCHO EPOCAS de ORO S.A. de C.V., and
JAMES PATRICK BUTLER,

        Plaintiffs,

v.

ASOCIACION de COLONOS de RANCH, and
LINDA BURKHARD,

        Defendants.
_____

## ORDER VACATING SCHEDULING CONFERENCE
_____

Pursuant to the Joint Motion to Vacate Scheduling Conference and Deadline for Filing Proposed Scheduling Order [33] filed on July 5, 2007, it is

ORDERED that the scheduling conference set for July 12, 2007 is vacated and it is

FURTHER ORDERED that counsel shall submit a status report to the Court by July 16, 2007.

DATED: July 6th, 2007

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge