IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01962-RPM

CLUB ACQUISITION COMPANY, LLC,
RANCHO EPOCAS de ORO S.A. de C.V., and
JAMES PATRICK BUTLER,

    Plaintiffs,

v.

ASOCIACION de COLONOS de RANCH, and
LINDA BURKHARD,

    Defendants.
_____

## ORDER OF DISMISSAL
_____

Pursuant to the Joint Stipulation for Dismissal of Plaintiffs' Claims Against Defendant Linda Burkhard With Prejudice, filed July 25, 2007 [38] and the Notice of Dismissal of Plaintiffs' Claims Against Asociacion de Colonos de Ranch Without Prejudice, filed July, 25, 2007 [37], it is

ORDERED that the plaintiffs' claims against defendant Linda Burkhard are dismissed with prejudice. It is

FURTHER ORDERED that plaintiffs' claims against defendant Asociacion de Colonos de Ranch are dismissed without prejudice. It is

FURTHER ORDERED that the complaint and this civil action is dismissed accordingly with each party to pay their own costs and attorney fees.

DATED: July 25th, 2007

                                    BY THE COURT:

                                    s/ Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge